**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      In the Interest of L.L.-M.C. aka L.C., a child

Appellate case number:   01-21-00233-CV

Trial court case number:  2020-00757J

Trial court:                    313th District Court of Harris County

      The motion for reconsideration en banc is **denied**.


      It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                        Acting for the Court


Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Malloy, Guerra, and Farris.

Date:   __December 14, 2021_____